IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Oumar Amadou Cissie, | : |
| Petitioner(s), | : |
| | : Case Number: 1:19cv69 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Field Office Director, Immigration & Customs Enforcement, | : |
| Respondent(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 25, 2019 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b). Objections will not be filed since the petitioner had filed a notice of voluntary dismissal. Therefore, the Court ADOPTS the said Report and Recommendation.

Accordingly, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court